Oak Lodge Senior Home
7751 Outing Ave, Pasadena, MD  21122
Emp #:  PAC            Name:  Patrice A. Croswell
SS#: ***-**-0529

Pay Period:  12/22/13 thru 01/04/14

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py 108.00 | 10.35 | 1,117.80 | 1,117.80 | FICA W/H | 69.30 | 69.30 |
| | | | | Medi W/H | 16.21 | 16.21 |
| | | | | Fed W/H | 46.08 | 46.08 |
| | | | | State W/H | 40.32 | 40.32 |
| Total Gross | | 1,117.80 | 1,117.80 | Deductions | 171.91 | 171.91 |
| | | | | Net Pay | 945.89 | 945.89 |

21075

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Oak Lodge Senior Home
7751 Outina Ave, Pasadena, MD 21122
Emp #:  CAR        Name:  Cheryl A. Romey
SS#:  ***-**-2143

21094

Pay Period: 01/19/14 thru 02/01/14

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py 113.00 | 11.00 | 1,243.00 | 3,085.50 | FICA W/H | 77.07 | 191.30 |
| | | | | Medi W/H | 18.02 | 44.74 |
| | | | | Fed W/H | 156.02 | 371.53 |
| | | | | State W/H | 85.71 | 209.83 |
| Total Gross | | 1,243.00 | 3,085.50 | Deductions | 336.82 | 817.40 |
| | | | | Net Pay | 906.18 | 2,268.10 |

21399

Oak Lodge Senior Home
7751 Outing Ave, Pasadena, MD 21122
Emp #: PAC    Name: Patrice A. Croswell
SS#: ***-**-0529

Pay Period: 12/21/14 thru 01/03/15

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py | | | | FICA W/H | 59.32 | 59.32 |
| | 5.00 | 53.75 | 53.75 | Medi W/H | 13.87 | 13.87 |
| Regular II | 10.75 | 903.00 | 903.00 | Fed W/H | 25.29 | 25.29 |
| | | | | State W/H | 28.48 | 28.48 |
| Total Gross | | 956.75 | 956.75 | Deductions | 126.96 | 126.96 |
| | | | | Net Pay | 829.79 | 829.79 |

Oak Lodge Senior Home
7751 Outing Ave, Pasadena, MD 21122
Emp #: CAR          Name: Cheryl A. Romey
SS#: ***-**-2143

**21174**

Pay Period: 04/13/14 thru 04/26/14

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular Py | 10.50 | 115.50 | 5,513.75 | FICA W/H | 64.45 | 587.37 |
| Regular II | 11.00 | 924.00 | 3,960.00 | Medi W/H | 15.07 | 137.37 |
| | | | | Fed W/H | 125.49 | 1,147.18 |
| | | | | State W/H | 70.75 | 645.44 |
| Total Gross | | 1,039.50 | 9,473.75 | Deductions | 275.76 | 2,517.36 |
| | | | | Net Pay | 763.74 | 6,956.39 |